UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TYLER GENE NICKEL**,    Case No. 6:15-cv-01798-KI

        Plaintiff,    JUDGMENT

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

        Defendant.

    Kathryn Tassinari
    Mark A. Manning
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon
    Janice E. Hebert
    Assistant United States Attorney
    1000 SW Third Ave., Suite 600
    Portland, OR 97204-2902

Page 1 - JUDGMENT

Lisa Goldoftas
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

   Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this     10th     day of January, 2017.


                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge

PAGE 2 - JUDGMENT